# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRIS JOSEPH ROBIN

NO. 2024 KW 1126

**JANUARY 13, 2025**

---

In Re:    Chris Joseph Robin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5325-F-2021, 5326-M-2021.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with the requirements of Uniform Rules of Louisiana Courts of Appeal, Rules 2-13 and 4-3 by failing to timely file the instant writ application within thirty days of the district court's ruling or include documentation of a motion for an extension of the return date within the writ application. Additionally, counsel failed to comply with Rules 4-5(C)(7), (10), & (11) by failing to include a copy of the bill of information, pertinent court minutes, and any opposition and or any attachments filed by a party in the trial court or a statement by the applicant that no opposing written document was filed. Furthermore, although it is not a violation of the Uniform Rules, it is noted that relator failed to include a copy of a transcript of the proceedings at issue and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before February 19, 2025, and should include the entire contents of this application, the missing items, and a copy of this ruling.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT